**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------- X
UNITED STATES OF AMERICA,          :
                                   :    No. 04 Cr. 76 (JFK)
    -against-                      :    No. 16 Civ. 4851 (JFK)
                                   :
HECTOR OSPINA,                     :        **ORDER**
                                   :
               Defendant.   :
------------------------------- X

**JOHN F. KEENAN, United States District Judge:**

    On June 3, 2020, the Court directed the Government to file a letter regarding whether the stay of proceedings in this habeas action should remain in effect. On June 17, 2020, the Government informed the Court that the stay may be lifted to allow the action to proceed.

    Accordingly, within sixty days of the date of this Order, the Government shall file an answer or otherwise respond to Defendant Hector Ospina's motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255. Ospina shall have thirty days from the date on which he is served with the Government's answer to file a response. Absent further order, Ospina's motion will be considered fully submitted as of that date.

    All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

The Clerk of Court is respectfully directed to terminate the stay imposed in this case.

**SO ORDERED.**

Dated: New York, New York
       June 24, 2020

                                      John F. Keenan
                                   United States District Judge