UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Hector Ospina,

                *Petitioner*,        16 Civ. 4851(JFK)
                                                 04 Cr. 76 (JFK)

      v.

United States of America,

                *Respondent.*
-------------------------------------------------------------X

## NOTICE OF DISMISSAL

Please take notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that this action, filed under 28 U.S.C. § 2255, is hereby dismissed by Petitioner in its entirety.

Undersigned counsel has explained the effect of voluntary dismissal of the above-captioned matter to Petitioner HECTOR OSPINA, and Petitioner HECTOR OSPINA understands counsel's explanation and desires to withdraw and voluntarily dismiss this matter.

Dated: New York, New York
       September 15, 2020

                                            Respectfully submitted,

                                            *Colleen P. Cassidy*
                                            _____
                                            Colleen P. Cassidy, Esq.
                                            Federal Defenders of New York, Inc.
                                            52 Duane Street, 10th Floor
                                            New York, New York 10007
                                            (212) 417-8742
                                            *Counsel for Petitioner*